UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

HERBERT MANYGOAT,

    Petitioner,

v.                                                                                       Civ. No. 21-683 KG/GJF

HECTOR H. BALDERAS, *Attorney*
*General for the State of New Mexico*, et al.,

    Respondents.

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court *sua sponte* in connection with the Order Granting Respondent's Motion for a More Definite Statement, filed September 28, 2022 [ECF 17] ("the Order"). The Order required Petitioner to file a Second Amended Petition within thirty days, a period that expired on October 28, 2022. Yet, despite the Court affording Petitioner a grace period to account for the "prison mailbox rule,"[1] he failed to timely respond. Indeed, even as of today, Petitioner has filed nothing in response to the Order.

**IT IS THEREFORE ORDERED** that, by **November 30, 2022**, Petitioner shall show cause in writing why his failure to comply with the Order should not result in the dismissal of this action. Petitioner is expressly cautioned that his failure to comply with *this* order to show cause will result in the **DISMISSAL** of this action.

    **SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE

---

[1] *See generally Lockaby v. Young*, 42 F. App'x 313 (10th Cir. 2002) (unpublished).