UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

HERBERT MANYGOAT,

    Petitioner,

v.                                                                                                                      Civ. No. 21-0683 KG/GJF

NEW MEXICO SUPREME COURT,
et al.,

    Defendants.

## JUDGMENT

    Pursuant to Federal Rule of Civil Procedure 58(a), this Court enters its separate judgment dismissing this case without prejudice. This case is hereby closed.

                                                                                  _____
                                                                                   UNITED STATES DISTRICT JUDGE